IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| J.G. WENTWORTH ORIGINATIONS, LLC,<br>     Plaintiff,<br><br>         v.<br><br>DASHAN LASSITER,<br>     Defendant. | CIVIL ACTION<br><br><br><br>NO.  15-2011 |

## O R D E R

**AND NOW**, this 25th day of June, 2015, upon consideration of Plaintiff's Petition for Consent and Court Approval to Proceed With a Partial Transfer of a Structured Settlement pursuant to the Structured Settlement Protection Act, 40 P.S. 4001, *et seq.*, (ECF No. 1):

**WHEREAS** the Structured Settlement at issue in this Petition, which included an Annuity purchased on behalf of Defendant Dashan Lassiter, was approved on July 19, 1998 by Judge Marvin Katz of the Eastern District of Pennsylvania in *Lassiter v. Sears, Roebuck & Co.*, No. 2:98-cv-01663 (E.D. Pa.);

**WHEREAS** Plaintiff J.G. Wentworth has filed a petition stating that Defendant Dashan Lassiter has entered into a purchase agreement dated March 19, 2015 with Plaintiff J.G. Wentworth Originations, LLC, wherein Dashan Lassiter seeks to transfer a partial amount of his Annuity payments in return for a lump sum payment;

**WHEREAS** Lassiter, representing himself pro se, acknowledged in a hearing held this day in open court that he does in fact seek the transfer;

**WHEREAS**, the transfer would contravene the express terms of the Structured Settlement and thus, pursuant to 40 Pa. Cons. Stat. § 4001(a)(5)(i)(B) of Pennsylvania's

Structured Settlement Protection Act, cannot proceed absent the express approval in writing by the court that had previously approved the Structured Settlement;

**IT IS HEREBY ORDERED** that the proposed partial transfer of the Structured Settlement is expressly approved solely for the purpose of allowing Plaintiff to file a Petition for such transfer with the Philadelphia Court of Common Pleas pursuant to 40 Pa. Cons. Stat. §§ 4003-04.

**IT IS FURTHER ORDERED**, that the clerk shall mark this case as closed.

**BY THE COURT:**

**/S/WENDY BEETLESTONE, J.**

_____

**WENDY BEETLESTONE, J.**